Timothy Lee COLES, Plaintiff–
Appellant,

v.

Harold CLARKE, Director of Virginia Department of Corrections, sued individually and in official capacity; Gary Bass, Chief of operations of Central Classification Services, sued individually and in official capacity; Wendy Hobbs, Eastern Regional Director, sued individually and in official capacity; Marie Vargo, Warden of Sussex II State Prison, sued individually and in official capacity; Roy Clary, Unit Manager of 3 Building of (SXI-ISP), sued individually and in official capacity; Anton Daniels, Correctional Institutional Rehabilitation Counselor of Sussex II State Prison, sued individually and in official capacity, Defendants–Appellees,

and

Gail Jones, Chair Person, Central Classification Services (CCS), sued individually and in official capacity, Defendant.

No. 14–7481.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 27, 2015.

Decided: March 20, 2015.

Timothy Lee Coles, Appellant Pro Se. Margaret Hoehl O'Shea, Lara Kate Jacobs Todd, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before KEENAN, WYNN and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Lee Coles appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Coles v. Clarke*, No. 3:12–cv–00001–REP, 2014 WL 4546805 (E.D.Va. Sept. 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

*AFFIRMED.*